[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12550
Non-Argument Calendar
_____

D.C. Docket No. 3:11-cr-00056-CAR-CHW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO BISHOP,
a.k.a. BG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(March 31, 2014)

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

In *United States v. Bishop*, --- Fed.Appx. ----, 2014 WL 776460 (C.A.11

(Ga.)), Antonio Bishop appealed the 24 months' sentence the District Court imposed in Case No. 3:05-cr-00036 (following the revocation of his supervised release) consecutively to the 120 months' sentence imposed in Case No. 3:11-cr-00056 (charging Bishop with involvement in a drug trafficking conspiracy) on the ground that the Government breached its plea agreement in Case No. 3:11-cr-00056 to recommend that the District Court impose a concurrent sentence in Case No. 3:05-cr-00036.  We found no merit in the appeal and affirmed the 24 months' sentence in Case No. 3:05-cr-00036.

Bishop now appeals the 120 months' sentence he received in Case No. 3:11-cr-00056, presenting the same argument—the Government breached the plea agreement in failing to recommend concurrent sentences.  For the reasons stated in *United States v. Bishop* cited above, we find no merit in Bishop's argument and therefore affirm the District Court's judgment.

AFFIRMED.